IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, | ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) ) ) ) | No. CIV-18-766-C |
| SPORTCHASSIS HOLDINGS INC.., | ) ) | |
| Defendant | ) | |

ADMINISTRATIVE CLOSING ORDER

Based upon the Joint Motion for Entry of 45-Day Administrative Closing Order, Dkt. No. 78, the parties have reached a settlement and compromise. It is ordered that the Clerk administratively terminate this action in her records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within 45 days of this date, for the purpose of dismissal pursuant to the settlement and compromise, Plaintiff's action shall be deemed to be dismissed.

**IT IS SO ORDERED** this 8th day of January 2020.

ROBIN J. CAUTHRON
United States District Judge