# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) EMPLOYERS MUTUAL CASUALTY )
COMPANY, )
            )
    Plaintiff, )
            )  Case No. CIV-18-766-C
v. )
            )
(1) SPORTCHASSIS HOLDINGS, INC., )
            )
    Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Employers Mutual Casualty Company, Plaintiff herein, and Sportchassis Holdings, Inc., Defendant herein, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, do herein stipulate to the dismissal of the above-styled and numbered lawsuit, and all claims asserted therein, with prejudice to the refiling thereof, and with each party to bear its own attorney fees and costs related thereto.

                  Respectfully submitted,

                  *s/ Phil R. Richards*
                  Phil R. Richards, OBA #10457
                  Casper J. den Harder, OBA #31536
                  RICHARDS & CONNOR
                  12th Floor, ParkCentre Bldg.
                  525 S. Main Street
                  Tulsa, Oklahoma 74103
                  Telephone: 918/585.2394
                  Facsimile: 918/585.1449
                  Email: prichards@richardsconnor.com
                      cdenharder@richardsconnor.com

                  **ATTORNEYS FOR PLAINTIFF**
                  **EMPLOYERS MUTUAL**
                  **CASUALTY COMPANY**

*s/ R. Blaine Nice*
*(signed by filing attorney with permission of attorney for Defendant)*
Kevin R. Donelson, OBA No. 12647
R. Blaine Nice, OBA No. 11944
Klint A. Cowan, OBA No. 20187
FELLERS SNIDER
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102-9211
Telephone: (405)232-0621
Facsimile: (405)232-9659
Email: KDonelson@FellersSnider.com
           BNice@FellersSnider.com
           KCowan@FellersSnider.com

**ATTORNEYS FOR DEFENDANT SPORTCHASSIS HOLDINGS, INC.**